MICHAEL DOROCHUK, as Administrator of the Estates of IGNATZ COPATZKEVITCH and TONY KRAWCZAK, Deceased, Respondent, Impleaded with Another, *v.* MICHAEL SKROBOT, Appellant, Impleaded with Another.

(Argued June 10, 1931; decided July 15, 1931.)

*George J. Stacy, James J. Mahoney* and *Robert B. Livingston* for appellant.

*Edgar J. Treacy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CRANE, J.